IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | ) |
| ROBERT J. SABO   and | ) Case No. 18 B 11175 |
| KAREN E. SABO | ) Hon. TIMOTHY A. BARNES |
| | ) Chapter 7 |
| Debtor | ) |

**CERTIFICATE OF SERVICE**

 PLEASE TAKE NOTICE, that I , Allan J. DeMars, trustee in bankruptcy, pursuant to Local Rule 2002-2, on October 22, 2018 either mailed a copy of the Notice of Final Report (NFR) to the following or served through the court's Electronic Filing System:

Patrick S. Layng
USTPRegion11.ES.ECF@usdoj.gov

Penelope N. Bach, attorney for debtor
pnbach@bachoffices.com

Robert J. Sabo
Karen E. Sabo
310 Sunset Court
Northbrook, IL 60062

Ally Bank Lease Trust
PO Box 130424
Roseville, MN 55113-0004

Consumers Credit Union
1075 Tri-State Parkway - Suite 850
Gurnee, IL 60031

Discover Bank
PO Box 3025
New Albany, OH 43054-3025

Midland Credit Management, Inc.
PO Box 2011
Warren, MI 48090

Citibank, NA
701 East 60th Street North
Sioux Falls, SD 57117

Becket and Lee, LP
PO Bo 3001
Malvern, PA 19355-0701

Edfinancial for US Dept of Education
120 N. Seven Oaks Drive
Knoxville, TN 37922

Nicor Gas
PO Box 549
Aurora, IL 60507

Fifth Third Bank
PO Box 9013
Addison, TX 75001

United States Dept. of Education
Claims Filing Unit
PO Box 8973
Madison, WI 53708-8973

Levin Ginsburg
180 N. LaSalle St.
Suite 3200
Chicago, IL 60601

Bank of America
PO Box 31785
Tampa, FL 33631-3785

American InfoSource LP as agent
4515 N. Santa Fe Ave.
Oklahoma City, OK 73118

Bank of America
PO Box 982284
El Paso, TX 79998-2238

Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Portfolio Recovery Associates
PO Box 41067
Norfolk, VA 23541

Weinstein & Riley PS
2001 Western Avenue - Suite 400
Seattle, WA 98121

                                                        /s/ Allan J. DeMars
                                                        Trustee in Bankruptcy

Allan J. DeMars  
Spiegel & DeMars  
19 S. LaSalle St. - Suite 902  
Chicago, IL 60603